## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

|  |  |  |
|---|---|---|
| **ERIC EUGENE SNYDER, SR.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **VS.** | : | **NO. 5:23-cv-150-MTT-CHW** |
| | : | |
| **Sheriff DAVID DAVIS,** | : | |
| *et al.,* | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

### ORDER

Plaintiff Eric Eugene Snyder, Sr., a pretrial detainee in the Bibb County Jail filed a 42 U.S.C. § 1983 complaint.  ECF No. 1.  He also moved to proceed *in forma pauperis*.  ECF No. 2.  On June 16, 2023, Plaintiff was ordered to file a recast complaint and a certified copy of his trust fund account statement.  ECF No. 5.  Plaintiff failed to respond.  On July 28, 2023, Plaintiff was ordered to show cause why his case should not be dismissed due to his failure to respond to the June 16, 2023 Order.  ECF No. 6.  Plaintiff was given fourteen days to respond, and he has not done so.

Due to Plaintiff's failure to follow the Court's Orders and prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Ctny. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 24th day of August, 2023.

S/ Marc T. Treadwell
_____
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT