IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **ERIC EUGENE SNYDER, SR**, | \* |
| Plaintiff, | \* |
| v. | Case No.  5:23-cv-00150-MTT-CHW |
| | \* |
| **SHERIFF DAVID DAVIS et al.**, | |
| | \* |
| Defendants. | |
| | \* |

## J U D G M E N T

Pursuant to this Court's Order dated March 14, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 15th day of March, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk